UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 2:20-CR-103-Z-BR(1) |
| | § | |
| JEFFREY VANCE | § | |

## UNOPPOSED MOTION TO CONDUCT MAGISTRATE HEARING VIA VIDEO TELECONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JEFFREY VANCE, one of the Defendants in the above styled and numbered cause, and respectfully moves this Honorable Court to conduct the November 6, 2020 magistrate hearing via video teleconference, and as grounds therefor would show the Court as follows:

I.

The magistrate judge has set a hearing for November 6, 2020 for arraignment and conditions of release. The parties are in agreement that the Defendant Vance should not be confined pretrial. The Defendant has arranged to be processed prior to the hearing date by the USMS in Austin, Texas who will then forward the fingerprints and photo to the USMS in Amarillo, Texas. The Defendant resides in Lockhart, Texas and defense counsel resides in San Antonio, Texas.

II.

Due to the Novel Coronavirus Disease (COVID-19) and pursuant to Special Orders 13-5, 13-6, 13-7, 13-8 and 13-9, regarding Court Operations Under the Exigent Circumstances Created by COVID-19 Pandemic, court proceedings in the Northern District of Texas have been continued to protect the health and safety of the public, defendants, and court personnel.  Special Order 13-9 references the Coronavirus Aid, Relief and Economic Security Act (CARES Act) and the findings

of the Judicial Conference of the United States, and it authorizes the use of video teleconferencing for several types of hearings.

III.

The Defendant has the right: (1) to be physically present at the hearing; (2) address the Court in person; (3) for more fulsome public access to the hearing; and (4) to consult privately with counsel during the hearing. The Defendant has discussed these rights with defense counsel. The Defendant understands that the Defendant will be in a different physical location than the presiding judge and counsel, and that proceeding with a hearing via video teleconference may impact these rights. Nonetheless, after consulting with counsel, the Defendant has determined that it is in the Defendant's best interest to proceed with a hearing now, using video teleconference, rather than waiting for an in-person court appearance later. After conferring with counsel, and pursuant to Section 15002 of the CARES Act, the Defendant consents to proceeding with the hearing via video teleconference.

IV.

Counsel contacted the prosecutor, Anna Bell, who stated the prosecution is unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this motion be granted, and the magistrate hearing be conducted via video teleconference.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.

/s/ Jeffrey Vance
Defendant

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
1524 North Alamo Street
San Antonio, Texas 78215
(210) 354-1919
(210) 354-1920 (Fax)

Attorney for the Defendant,
JEFFREY VANCE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Anna Bell, Assistant United States Attorney, and I certify that there are no non-CM/ECF participants.

                                            /s/ Michael C. Gross